# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEVE SMITH** and **ALTHEA SMITH,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC3,**
Appellee.

No. 4D22-1102

[July 19, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE13-21846.

Steve Smith and Althea Smith, Pembroke Pines, pro se.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***